IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| THERESA J. FULLERTON, ) | |
| **Debtor(s)** ) | Bankruptcy No. 18-10948-TPA |
| ) | |
| CREDIT ACCEPTANCE CORPORATION, ) | Chapter 13 |
| **Movant** ) | |
| ) | |
| v. ) | Related To Document No. 23 |
| ) | |
| THERESA J. FULLERTON, ) | |
| **Respondent(s)** ) | |
| ) | |
| RONDA J. WINNECOUR, ) | |
| **Trustee** ) | |
| ) | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

TO THE RESPONDENT(S):
You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than December 3, 2018, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **December 12, 2018 at 10:30 a.m**. before Judge Thomas P. Agresti in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: 11/15/18

/s/ William E. Craig
William E. Craig, Esquire
PA ID # 92329
Morton & Craig LLC
110 Marter Ave., Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com
Attorneys for Movant