FILED
12/10/18 2:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) <br> THERESA J. FULLERTON, ) <br> **Debtor(s)** ) | Bankruptcy No. 18-10948-TPA |
| ) | |
| CREDIT ACCEPTANCE CORPORATION, ) <br> **Movant** ) | Chapter 13 |
| ) | |
| v. ) | Related To Document No. 23 |
| ) | |
| THERESA J. FULLERTON, ) <br> **Respondent(s)** ) | **Response Deadline:  12/3/18** |
| ) | |
| RONDA J. WINNECOUR, ) <br> **Trustee** ) | **Hearing Date:  12/12/18 at 10:30 AM** |

## ORDER OF COURT

AND NOW, this ___10th___ day of ___December___, 2018, it is hereby

**ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

Movant Credit Acceptance Corporation is permitted to enforce its rights in the property described as a **2008 Hyundai Santa Fe** bearing vehicle identification number 5NMSG73D48H169333, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

_____
UNITED STATES BANKRUPTCY JUDGE

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-10948-TPA
Theresa J. Fullerton                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: mgut            Page 1 of 1           Date Rcvd: Dec 10, 2018
                               Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2018.
db             +Theresa J. Fullerton,   2078 Route 97,   Waterford, PA 16441-9642

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Jeffrey G. Herman    on behalf of Debtor Theresa J. Fullerton JeffreyHerman@Live.com,
           sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sarah Kathleen McCaffery    on behalf of Creditor    J.P. Morgan Mortgage Acquisition Corp. c/o
           Rushmore Loan Management Services LLC smccaffery@squirelaw.com
          William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6