Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Theresa J. Fullerton**
  Debtor(s)

Bankruptcy Case No.: 18–10948–TPA
Related to Docket No. 38
Chapter: 13
Docket No.: 39 – 38
Concil. Conf.: 5/5/20 at 09:30 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **March 30, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **April 20, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **5/5/20** at **09:30 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 14, 2020

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                         Case No. 18-10948-TPA
Theresa J. Fullerton                                                           Chapter 13
        Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0315-1          User: vson                   Page 1 of 2                  Date Rcvd: Feb 14, 2020
                              Form ID: 213                 Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
db             +Theresa J. Fullerton,    2078 Route 97,    Waterford, PA 16441-9642
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
cr              J.P. Morgan Mortgage Acquisition Corp. c/o Rushmor,    15480 Laguna Canyon Road,    Suite 100,
                 Irvine, CA  92618-2132
14917013       +Citiznsbnkna,    Attn: Bankruptcy Department,    One Citizens Plaza,    Providence, RI 02903-1339
14917015       +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
14917016       +Erie County Tax Claim Bureau,    Erie County Courthouse,    140 West Sixth Street,
                 Erie, PA 16501-1011
14955407       +J.P. Morgan Mortgage Acquisition Corp.,    c/o Rushmore Loan Management Service,
                 P.O. Box 55004,    Irvine, CA 92619-5004
14955386       +J.P. Morgan Mortgage Acquisition Trust,    c/o Rushmore Loan Management Services,
                 P.O. Box 55004,    Irvine, CA 92619-5004
14917017       +Marquette Savings,    920 Peach St,    Erie, PA 16501-1486
14917018       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14927586       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14917019       +PNC Bank,    PNC Plaza,    301 Fayetteville St  SUite 1100,    Raleigh, NC 27601-2170
14917022       +Thomas Horvath,    4858 North Wayside Drive,    Erie, PA 16505-1358
14917023       +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
14955789       +William H. Stafford & Rebecca H. Stafford,    4060 Ponderosa Dr.,    Edinboro, PA 16412-1460
14917024        William Stafford,    2060 Ponderosa Dr.,    Edinboro, PA 16412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14917011       +E-mail/Text: EBNProcessing@afni.com Feb 15 2020 02:45:26      Afni, Inc.,    Attn: Bankruptcy,
                 Po Box 3427,    Bloomington, IL 61702-3427
14917012       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 15 2020 02:45:36
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
14917014        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2020 02:45:01      Comenity/Fashion Bug,
                 Attn: Bankrutptcy Dept,    Po Box 18215,    Columbus, OH 43218
14917009       +E-mail/Text: cio.bncmail@irs.gov Feb 15 2020 02:44:57      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14917794       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2020 02:52:07
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14917010       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2020 02:45:10
                 Pennsylvania Department of Revenue,    Department 280946,    Harrisburg, PA 17128-0001
14917020       +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 02:51:26      Syncb/care Credit,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14954750       +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 02:52:00      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
14917021       +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 02:51:26      Synchrony Bank/Sams,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                                TOTAL: 9

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                       TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-1          User: vson                 Page 2 of 2              Date Rcvd: Feb 14, 2020
                              Form ID: 213               Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2020 at the address(es) listed below:

    James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

    Jeffrey G. Herman    on behalf of Debtor Theresa J. Fullerton JeffreyHerman@Live.com, sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com

    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

    Sarah Kathleen McCaffery    on behalf of Creditor    J.P. Morgan Mortgage Acquisition Corp. c/o Rushmore Loan Management Services LLC bankruptcy@powerskirn.com

    William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                            TOTAL: 6