IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| THERESA J. FULLERTON. | : | BANKRUPTCY NO. 18-10948-TPA |
| | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Theresa J. Fullerton | : | |
| Timothy William Long | : | |
| Tina E. Dunar | : | |
| Tammy S. Totleben | : | |
| | : | |
| Respondents | : | |
| | : | |
| Ronda J. Winnecour, Esq.  Trustee | : | |
| | : | |
| Additional Respondents | : | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served a copy of the **DEBTOR'S REPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY** upon the parties at the addresses specified below and/or on the attached list on January 11, 2021

The type of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First-Class Mail and/or Electronically

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the hearing "Service by Electronic Notification," and those served by mail will be listed under the hearing "Service by First-Class, Mail.

**Service by Electronic Notification:**

Attorney Ronda J. Winnecour, Trustee          cmecf@chapter13trusteewdpa.com

Brian C., Nicholas, Esq.
Attorney for Movant  Nationstar Mortgage LLC
               d/b/a Mr. COOPER        bnicholas@kmllawgroup.com

EXECUTED ON: January 11, 2021

                                    Respectfully Submitted,

                                    S/    Jeffrey G. Herman
                                    Jeffrey G. Herman, Esq. PA LIC #82001
                                    HERMAN & HERMAN, LLC
                                    114 High Street  PO Box 455
                                    Waterford, PA 16441
                                    PHONE  (814) 796-1987
                                    FAX  (814) 796-0726
                                    E-MAIL  JeffreyHerman@Live.com