**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| IN RE:  Theresa J. Fullerton<br>　　　　　　　　　　　　Debtor(s) | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　　　　　　　Movant<br>　　　　　v.<br>Theresa J. Fullerton<br>Timothy William Long<br>Tina E. Dunar<br>Tammy S. Totleben<br>　　　　　　　　　　　　Respondents<br>　　　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　　　Additional Respondents | BK. NO. 18-10948 TPA<br><br>CHAPTER 13<br><br>Related to Docs. 48, 53<br><br>Hearing Date: 2/3/21 at 9:30 a.m. |

**STIPULATION AND ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the follow Stipulation:

WHEREAS, Nationstar Mortgage LLC d/b/a Mr. Cooper has filed a motion for relief from stay due to delinquent mortgage payments on the mortgage secured by Debtor's real property at 6348 W Lake Road, Erie, PA 16505 (Doc. 48);

WHEREAS, Debtors have filed a response opposing relief from the automatic stay (Doc. 53);

WHEREAS, the parties enter into this Stipulation to resolve the motion for relief from the automatic stay.

AND NOW, it is hereby stipulated by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by Movant on the Debtor's residence is $2,998.10. Debtor is due for June 2020 through January 2020 payment in the amount of $428.07 with less of a suspense balance of $426.46.

2. The debtor shall cure said arrearages by filing an amended Chapter 13 Plan to include the post-petition arrears of $2,998.10.

Consented to by:

| | |
|---|---|
| **/s/ Jeffrey G. Herman** | **/s/ Maria D. Miksich** |
| Jeffrey G. Herman, Esq., PA ID # 82001 | Maria D. Miksich, Esq., PA ID 319383 |
| Herman & Herman, LLC | KML Law Group, P.C. |
| 114 High Street | 701 Market Street, Suite 5000 |
| Waterford, PA 16441 | Philadelphia, PA 19106 |
| Phone: (814) 796-1987 | Phone: (412-430-3589) |
| Email: JeffreyHerman@Live.com | Email: mmiksich@kmllawgroup.com |

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED, and the hearing scheduled for 2/3/2021 at 9:30 a.m. is cancelled.

By the Court,

_____ J.