Case 18-10948-TPA Doc 60 Filed 01/30/21 Entered 01/31/21 00:35:25 Desc Imaged
Certificate of Notice Page 1 of 4

FILED
1/28/21 9:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Theresa J. Fullerton<br>                      Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>                      Movant<br>                v.<br>Theresa J. Fullerton<br>Timothy William Long<br>Tina E. Dunar<br>Tammy S. Totleben<br>                      Respondents<br>                and<br>Ronda J. Winnecour, Trustee<br>                      Additional Respondents | BK. NO. 18-10948 TPA<br><br>CHAPTER 13<br><br>Related to Docs. 48, 53<br><br>Hearing Date: 2/3/21 at 9:30 a.m. |

## **STIPULATION AND ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the follow Stipulation:

WHEREAS, Nationstar Mortgage LLC d/b/a Mr. Cooper has filed a motion for relief from stay due to delinquent mortgage payments on the mortgage secured by Debtor's real property at 6348 W Lake Road, Erie, PA 16505 (Doc. 48);

WHEREAS, Debtors have filed a response opposing relief from the automatic stay (Doc. 53);

WHEREAS, the parties enter into this Stipulation to resolve the motion for relief from the automatic stay.

AND NOW, it is hereby stipulated by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by Movant on the Debtor's residence is $2,998.10. Debtor is due for June 2020 through January 2020 payment in the amount of $428.07 with less of a suspense balance of $426.46.

    2. The debtor shall cure said arrearages by filing an amended Chapter 13 Plan to include the post-petition arrears of $2,998.10.

Consented to by:

| /s/ **Jeffrey G. Herman** | /s/ **Maria D. Miksich** |
|---|---|
| Jeffrey G. Herman, Esq., PA ID # 82001 | Maria D. Miksich, Esq., PA ID 319383 |
| Herman & Herman, LLC | KML Law Group, P.C. |
| 114 High Street | 701 Market Street, Suite 5000 |
| Waterford, PA 16441 | Philadelphia, PA 19106 |
| Phone: (814) 796-1987 | Phone: (412-430-3589) |
| Email: JeffreyHerman@Live.com | Email: mmiksich@kmllawgroup.com |

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED, and the hearing scheduled for 2/3/2021 at 9:30 a.m. is cancelled.

By the Court,

_____ J.
asg

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Theresa J. Fullerton  
    Debtor

Case No. 18-10948-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: dpas      Page 1 of 2  
Date Rcvd: Jan 28, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

**Recip ID**      **Recipient Name and Address**  
db      + Theresa J. Fullerton, 2078 Route 97, Waterford, PA 16441-9642

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Chandra Marie Arkema  
    on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. c/o Rushmore Loan Management Services LLC carkema@squirelaw.com

Jeffrey G. Herman  
    on behalf of Debtor Theresa J. Fullerton JeffreyHerman@Live.com sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com

Maria Miksich  
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com

Office of the United States Trustee  
    ustpregion03.pi.ecf@usdoj.gov

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 2 of 2 |
| Date Rcvd: Jan 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7