IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
THERESA J. FULLERTON.                   :    BANKRUPTCY NO. 18-10948-TPA
                                        :
          Debtor                        :    CHAPTER 13
                                        :
THERESA J. FULLERTON.                   :
                                        :
          Movant                        :
                                        :
v.                                      :
                                        :
                                        :
Ronda J. Winnecour, Esq.  Trustee       :
                                        :
          Respondent                    :

# CERTIFICATE OF NO OBJECTION

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the ***MOTION SEEKING CARES ACT RELIEF*** filed on January 21, 2021 at Document #56 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the ***MOTION SEEKING CARES ACT RELIEF*** appears thereon.

    Pursuant to the Order Scheduling a Hearing dated January 25, 2021, objections to the ***MOTION SEEKING CARES ACT RELIEF STAY*** were to be filed and served no later than March 30, 2014.

    It is hereby respectfully requested that the Order attached to the ***MOTION SEEKING CARES ACT RELIEF*** be entered by the court.

Dated: March 1, 2021	Respectfully Submitted,

	s/	Jeffrey G. Herman_____

	Jeffrey G. Herman, Esq. PA LIC #82001

	HERMAN & HERMAN, LLC

	114 High St. - PO Box 455

	Waterford, PA 16441

	PHONE  (814) 796-1987

	FAX  (814) 796-0726

	E-MAIL  JeffreyHerman@Live.com