IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-10948-TPA |
| Theresa J. Fullerton ) | |
| ) | |
| ) | Chapter 13 |
| Debtor ) | Document No. _____ |
| ) | Related to Document No. 69 |

## CONSENT ORDER MODIFYING APRIL 14, 2021 ORDER

AND NOW, this _____ day of _____, 2021, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated April 14, 2021 it is

ORDERED that Part "A.5." be amended to add the following: The claim of Erie County Tax Claim Bureau (No proof of claim filed) shall be paid per the plan at the statutory rate.

The April 14, 2021 order otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Jeffrey G. Herman
Jeffrey G. Herman, Esquire (PA I.D. #82001)
Attorney for debtor
114 High Street
PO Box 455
Waterford, PA 16441
814-796-1987
JeffreyHerman@Live.com