FILED
6/17/22 10:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| THERESA J. FULLERTON, | : | Case No. 18-10948-TPA |
| *Debtor,* | : | Chapter 13 |
| | : | |
| | : | Related to Document No. 78 |
| NATIONSTAR MORTGAGE, LLC. | : | |
| d/b/a MR.COOPER, | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| THERESEA J. FULLERTON, | : | Hearing: June 21, 2022 at 10:00 A.M. |
| TIMOTHY WILLIAM LONG, | : | |
| TINA E. DUNBAR, | : | |
| and TAMMY S. TOTLEBEN, | : | |
| *Respondents.* | : | |
| RONDA J. WINNECOUR, | : | |
| *Additional* | : | |
| *Respondent* | : | |

## ORDER SCHEDULING HEARING

On June 15, 2022, a ***Motion of Nationstar Mortgage, LLC d/b/a Mr. Cooper to Continue Hearing Scheduled for June 29, 2022*** was filed at Doc. No. 78 ("Motion"), therefore,

*AND NOW,* this **17th** day of **June, 2022**, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)    A hearing on the **Motion** (Doc.78), is scheduled for ***June 21, 2022 at 10:00 A.M.*** to be held by the ***Zoom Video Conference Application***.  The parties must comply with Judge Agresti's **Amended Notice of Temporary Modification of Appearance Procedures**, dated and effective November 21, 2021, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.  To participate

1

in and to join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Chambers, at 814-464-9760.

                                              Thomas P. Agresti, Judge   nms
                                              United States Bankruptcy Court

Case Administrator to serve:
Debtor
Jeffrey G. Herman, Esq.
Denise Carlon, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Theresa J. Fullerton  
    Debtor

Case No. 18-10948-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2  
Date Rcvd: Jun 17, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresa J. Fullerton, 2078 Route 97, Waterford, PA 16441-9642 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2022 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Chandra Marie Arkema  
     on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. c/o Rushmore Loan Management Services LLC tuhawkeye@msn.com carkema@squirelaw.com

Denise Carlon  
     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com

Jeffrey G. Herman  
     on behalf of Debtor Theresa J. Fullerton JeffreyHerman@Live.com sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com

Maria Miksich  
     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com

Michael John Clark

District/off: 0315-1     User: auto     Page 2 of 2
Date Rcvd: Jun 17, 2022     Form ID: pdf900     Total Noticed: 1

on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. c/o Rushmore Loan Management Services LLC mclark@squirelaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

William E. Craig
on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9