**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/12/2022

IN RE:

THERESA J. FULLERTON
2078 ROUTE 97
WATERFORD, PA  16441
XXX-XX-2433          Debtor(s)

Case No.18-10948 TPA

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/12/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **ORION**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: | CLAIM:  0.00<br>COMMENT:  VERIZON/PRAE |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: | CLAIM:  0.00<br>COMMENT:  NATIONSTAR~MR COOPER/PRAE |
| **WILLIAM E CRAIG ESQ**<br>MORTON AND CRAIG<br>110 MARTER AVE STE 301<br>MOORESTOWN, NJ  08057 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: | CLAIM:  0.00<br>COMMENT:  CREDIT ACCEPTANCE/PRAE |
| **RICHARD M SQUIRE & ASSOC LLC (FRMLY SAR**<br>115 WEST AVE STE 104<br>JENKINTOWN, PA  19046 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: | CLAIM:  0.00<br>COMMENT:  JPMORGAN MORT/PRAE |
| **JPMORGAN MORTGAGE ACQUISITION CORP**<br>C/O RUSHMORE LOAN MANAGEMENT SVCS<br>PO BOX 52708<br>IRVINE, CA  92619-2708 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:9 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  5777 | CLAIM:  0.00<br>COMMENT:  CL9GOV W PMT CHNGS*680/PL@RUSHMORE*PMT/CL*BAYVIEW/SCH*DK 4 LMT |
| **CITIZENS BANK(*)**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI  02915 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:NC | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  1629 | CLAIM:  0.00<br>COMMENT:  PMT/PL*552X(84+2)=LMT |
| **CITIZENS BANK(*)**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI  02915 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:NC1 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  1611 | CLAIM:  0.00<br>COMMENT:  2ND/PL*PMT/PL*190X(84+2)=LMT |
| **CITY OF ERIE RENTAL REGISTRATION**<br>626 STATE ST RM 100<br>ERIE, PA  16501 | Trustee Claim Number:8   INT %:  10.00%<br>Court Claim Number: | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: | CLAIM:  1,400.00<br>COMMENT:  RENTAL PROP REGISTRATION TAX/SCH-PL*$@10%/PL*2018/PL |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI  48034-8339 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:1 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  1803 | CLAIM:  0.00<br>COMMENT:  RS/OE*SURR/CONF*NT PROV/PL*CL=8971.53*DKT |
| **ERIE COUNTY TAX CLAIM BUREAU***<br>ERIE COUNTY COURTHOUSE<br>140 W 6TH ST RM 110<br>ERIE, PA  16501 | Trustee Claim Number:10  INT %:  9.00%<br>Court Claim Number: | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: | CLAIM:  18,000.00<br>COMMENT:  NO$~NO YRS/SCH*$@9%/CONF*2016-2018/PL |

| Creditor | Claim Info | Description |
|---|---|---|
| **MARQUETTE SAVINGS BANK**<br>920 PEACH STREET<br><br>ERIE, PA  16501 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  0.00<br>COMMENT:  BGN 10/18*PMT/CL-PL*327.60X(84+2)=LMT | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  1127 |
| **MARQUETTE SAVINGS BANK**<br>920 PEACH STREET<br><br>ERIE, PA  16501 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  0.00<br>COMMENT:  BGN 10/18*PMT/CL-PL*214.93X(84+2)=LMT | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  1572 |
| **MARQUETTE SAVINGS BANK**<br>920 PEACH STREET<br><br>ERIE, PA  16501 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  0.00<br>COMMENT:  BGN 10/18*PMT/CL-PL*232.12X(84+2)=LMT | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  1564 |
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPE**<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  0.00<br>COMMENT:  CL6GOV*BGN 10/18~902 WEST 18TH ST ERIE PA/SCH-PL*430/PL*DK4LMT*W/35*DK | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  3005 |
| **PNC BANK NA**<br>301 FAYETTEVILLE ST STE 1100<br><br>RALEIGH, NC  27610 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  2,888.90<br>COMMENT:  SURR/AMD PL*$3,191.22/CL*DKT | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.:  2140 |
| **THOMAS HORVATH**<br>4858 NORTH WAYSIDE DR<br><br>ERIE, PA  16505 | Trustee Claim Number:16  INT %:  6.50%<br>Court Claim Number:7-2<br><br>CLAIM:  16,739.68<br>COMMENT:  $CL7-2GOVS@6.5%@PIF/CONF*350@LTCD/PL*NO NOTE W/CL~%/FACE | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.: |
| **WILLIAM H & REBECCA H STAFFORD**<br>4060 PONDEROSA DR<br><br>EDINBORO, PA  16412 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  0.00<br>COMMENT:  177/PL@LTCD*MATURED IN 2012*176.10 X(84+2)=LMT*ALL ARRS/CL~$0 ARRS/PL*7 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: |
| **AFNI**<br>P.O. BOX 3427<br><br>BLOOMINGTON, IL  61702 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ATT MOBILITY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1487 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~FASHION BUG/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8465 |
| **PENELEC**<br>PO BOX 16001<br>ATTN REVENUE ASSURANCE<br><br>READING, PA  19612-6001 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CARE CREDIT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3881 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 1,036.35<br>COMMENT: NO$/SCH*X3094/SCH*SAMS CLUB/GEMB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1247 |
| **TRIDENT ASSET MANAGEMENT**<br>PO BOX 888424<br>ATLANTA, GA 30356 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VERIZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7530 |
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPE**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 906.28<br>COMMENT: CL6GOV*1200/PL*THRU 9/18~902 WEST 18TH ST ERIE PA/SCH | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3005 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 630.44<br>COMMENT: NT/SCH*631/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2433 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 68.08<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2433 |
| **MARQUETTE SAVINGS BANK**<br>920 PEACH STREET<br>ERIE, PA 16501 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 2,074.61<br>COMMENT: THRU 9/18*$/CL-PL | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1127 |
| **MARQUETTE SAVINGS BANK**<br>920 PEACH STREET<br>ERIE, PA 16501 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 1,304.60<br>COMMENT: $/CL-PL*THRU 9/18 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1572 |
| **MARQUETTE SAVINGS BANK**<br>920 PEACH STREET<br>ERIE, PA 16501 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 1,695.62<br>COMMENT: THRU 9/18*$/CL-PL | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1564 |
| **CITIZENS BANK(*)**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:NC<br>CLAIM: 4,000.00<br>COMMENT: $/PL | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1629 |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **JPMORGAN MORTGAGE ACQUISITION CORP** | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O RUSHMORE LOAN MANAGEMENT SVCS | Court Claim Number:9 | ACCOUNT NO.: 5777 |
| PO BOX 52708 | | |
| | CLAIM: 2,785.46 | |
| IRVINE, CA  92619-2708 | COMMENT: 2800/PL@RUSHMORE*BAYVIEW/SCH | |
| | | |
| **CITIZENS BANK(*)** | Trustee Claim Number:32  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| 1 CITIZENS DRIVE | Court Claim Number:NC1 | ACCOUNT NO.: 1611 |
| | CLAIM: 4,000.00 | |
| RIVERSIDE, RI  02915 | COMMENT: 2ND/PL*$/PL | |
| | | |
| **AFNI** | Trustee Claim Number:33  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| P.O. BOX 3427 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| BLOOMINGTON, IL  61702 | COMMENT: | |
| | | |
| **AFNI** | Trustee Claim Number:34  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| P.O. BOX 3427 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| BLOOMINGTON, IL  61702 | COMMENT: | |
| | | |
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPE** | Trustee Claim Number:35  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| PO BOX 619094 | Court Claim Number:6 | ACCOUNT NO.: 3005 |
| | CLAIM: 2,998.10 | |
| DALLAS, TX  75261-9741 | COMMENT: $/STIP OE-CONF*DKT!*W/14 | |