**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
THERESA J. FULLERTON                              Case No. 18-10948JCM

               Debtor(s)                          Chapter 13
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

         Movant                                   Document No __
      vs.
JPMORGAN MORTGAGE ACQUISITION
CORP++

         Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> MAIL TO RUSHMORE LOAN MANAGEMENT AT PO BOX 52708 HAS BEEN RETURNED BY THE POSTAL SERVICE AS "VACANT". THIS PO BOX STILL APPEARS ON THE SERVICER'S WEBSITE AS VALID. THE TRUSTEE HAS ATTEMPTED TO CONTACT CREDITOR BY EMAIL, CHAT, PHONE AND FAX, AS WELL AS THROUGH THEIR COUNSEL WITHOUT SUCCESS. IN SOME INSTANCES, THE SERVICER HAS CHANGED TO "RUSHMORE SERVICING" SO NOTICE HAS BEEN GIVEN HERE OF THE NEED FOR A TRANSFER OF CLAIM.

JPMORGAN MORTGAGE ACQUISITION                     Court claim# 9/Trustee CID# 31
CORP++
C/O RUSHMORE LOAN MANAGEMENT SVCS
PO BOX 52708
IRVINE, CA 92619-2708

The Movant further certifies that on 11/07/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>THERESA J. FULLERTON, 2078 ROUTE 97, WATERFORD, PA  16441 | DEBTOR'S COUNSEL:<br>JEFFREY G HERMAN ESQ, HERMAN & HERMAN LLC, 114 HIGH ST, PO BOX 455, WATERFORD, PA  16441 |
| :<br>RUSHMORE LOAN MGMNT SVCS**, ATTN BANKRUPTCY NOTICING, PO BOX 55004, IRVINE, CA  92619-2708 | ORIGINAL CREDITOR:<br>JPMORGAN MORTGAGE ACQUISITION CORP++, C/O RUSHMORE LOAN MANAGEMENT SVCS, PO BOX 52708, IRVINE, CA  92619-2708 |
| ORIGINAL CREDITOR'S COUNSEL:<br>ALBERTELLI LAW, 14000 COMMERCE PARKWAY STE H, MT LAUREL, NJ  08054<br><br>NEW CREDITOR: | |