**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>THERESA J. FULLERTON | Case No. 18-10948JCM |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>CITIZENS BANK | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

NO CLAIM HAS BEEN FILED.  THE CREDITOR INDICATES THE ACCOUNT IS CLOSED.  NO SATISFACTION OF DEBT HAS BEEN PROVIDED.

| | |
|---|---|
| CITIZENS BANK<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Court claim# NC1/Trustee CID# 7 |

The Movant further certifies that on 05/21/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
　　original creditor
　　putative creditor
　　counsel for debtor(s)
　　counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| THERESA J. FULLERTON, 2078 ROUTE 97, WATERFORD, PA  16441 | JEFFREY G HERMAN ESQ, HERMAN & HERMAN LLC, 114 HIGH ST, PO BOX 455, WATERFORD, PA  16441 |

ORIGINAL CREDITOR:
CITIZENS BANK, 1 CITIZENS DRIVE, RIVERSIDE, RI  02915

NEW CREDITOR: