**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| THERESA J. FULLERTON | Case No. 18-10948JCM |
| Debtor(s) | |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | Chapter 13 |
| Movant | |
| vs. | Document No __ |
| CITIZENS BANK | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> CREDITOR INDICATES THE ACCOUNT HAS BEEN CLOSED. THERE IS NO INDICATION THAT THE LOAN HAS BEEN PAID OFF. CREDITOR SHOULD DOCUMENT SAME.

CITIZENS BANK
1 CITIZENS DRIVE
RIVERSIDE, RI 02915

Court claim# NC/Trustee CID# 6

The Movant further certifies that on 05/07/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>THERESA J. FULLERTON, 2078 ROUTE 97, WATERFORD, PA 16441 | DEBTOR'S COUNSEL:<br>JEFFREY G HERMAN ESQ, HERMAN & HERMAN LLC, 114 HIGH ST, PO BOX 455, WATERFORD, PA 16441 |
| ORIGINAL CREDITOR'S COUNSEL:<br>MARY F KENNEDY ESQ, LAW OFFICES OF GREG JAVARDIAN, 1310 INDUSTRIAL BLVD STE 101, SOUTHAMPTON, PA 18966 | ORIGINAL CREDITOR:<br>CITIZENS BANK, 1 CITIZENS DRIVE, RIVERSIDE, RI 02915 |
| NEW CREDITOR: | |