IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Bankruptcy No. 19- 10948 JCM |
| THERESA J. FULLERTON | : | |
| | : | |
| Debtor | : | |
| | : | Chapter      13 |
| THERESA J. FULLERTON | : | |
| | : | |
| Movant | : | |
| v. | : | |
| | : | |
| U.S. Bank Trust National Association, Selene Finance LP. | : | |
| | : | |
| Respondent | : | |
| | : | |
| RONDA J. WINNECOUR. Esq. Trustee | : | |
| | : | |
| Respondent | : | |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING MOTION OF DEBTOR'S MOTION FOR ACCOUNTING
AND FOR TURNOVER OF PROPERTY**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **June 5, 2025** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **Tuesday, June 17, 2025 at 1:30pm** before Judge John C. Melaragno in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA  16501). Only a

limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.


DATED:  May 19, 2025					Respectfully Submitted,



							S/    Jeffrey G. Herman
							Jeffrey G. Herman, Esq. PA LIC #82001
							HERMAN & HERMAN
							114 High Street PO Box 455
							Waterford, PA  16441
							PHONE:  (814) 796-1987
							FAX:   (814) 796 0726
							Email:  JeffreyHerman@live.com