# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                    :        Case No.:    18-10948-JCM
                                          :
Theresa J. Fullerton                      :        Chapter:     13
                                          :
     *Debtor(s).*                          :
                                          :        Date:        6/17/2025
                                          :        Time:        01:30

## PROCEEDING MEMO

**MATTER**     #129 Motion for Accounting and Turnover of Property
                   #131 Response by U.S. Bank Trust National Association

**APPEARANCES:**

    Debtor:     Jeffrey G. Herman
    Trustee:    James Warmbrodt
    U.S. Bank Trust: Brent Lemon

**NOTES:**

Herman:    The motion is to turnover payments that remain after the mortgage was satisfied. I spoke to Atty. Shearer and he asked if I would consent to more time to look in to the matter, and I agreed.

**OUTCOME:**    Continued to August 5, 2025 at 1:30 P.M. TO to be entered.

SIGNED
6/17/25 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA