**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>THERESA J. FULLERTON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-10948<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 09/18/2018  and confirmed on 11/29/2018 .  The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 281,480.00 |
| Less Refunds to Debtor | 8,204.01 | |
| TOTAL AMOUNT OF PLAN FUND | | 273,275.99 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,000.00 | |
|    Trustee Fee | 13,538.83 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 15,538.83 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   JPMORGAN MORTGAGE ACQUISITION C( | 0.00 | 55,892.57 | 0.00 | 55,892.57 |
|     Acct: 4669 | | | | |
|   CITIZENS BANK | 0.00 | 41,942.87 | 0.00 | 41,942.87 |
|     Acct: 1629 | | | | |
|   CITIZENS BANK | 0.00 | 12,730.00 | 0.00 | 12,730.00 |
|     Acct: 1611 | | | | |
|   MARQUETTE SAVINGS BANK | 0.00 | 26,422.51 | 0.00 | 26,422.51 |
|     Acct: 1127 | | | | |
|   MARQUETTE SAVINGS BANK | 0.00 | 17,335.13 | 0.00 | 17,335.13 |
|     Acct: 1572 | | | | |
|   MARQUETTE SAVINGS BANK | 0.00 | 18,721.59 | 0.00 | 18,721.59 |
|     Acct: 1564 | | | | |
|   US BANK TRUST NA - OWNER TRUSTEE I | 0.00 | 30,685.41 | 0.00 | 30,685.41 |
|     Acct: 5619 | | | | |
|   US BANK TRUST NA - OWNER TRUSTEE I | 906.28 | 18.08 | 0.00 | 18.08 |
|     Acct: 5619 | | | | |
|   MARQUETTE SAVINGS BANK | 2,074.61 | 41.39 | 0.00 | 41.39 |
|     Acct: 1127 | | | | |

| 18-10948 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Secured | | | | |
| MARQUETTE SAVINGS BANK | 1,304.60 | 26.02 | 0.00 | 26.02 |
| Acct: 1572 | | | | |
| MARQUETTE SAVINGS BANK | 1,695.62 | 33.83 | 0.00 | 33.83 |
| Acct: 1564 | | | | |
| CITIZENS BANK | 4,000.00 | 79.79 | 0.00 | 79.79 |
| Acct: 1629 | | | | |
| JPMORGAN MORTGAGE ACQUISITION CO | 2,785.46 | 55.57 | 0.00 | 55.57 |
| Acct: 4669 | | | | |
| CITIZENS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1611 | | | | |
| CITY OF ERIE RENTAL REGISTRATION | 1,400.00 | 16.49 | 851.90 | 868.39 |
| Acct: | | | | |
| ERIE COUNTY TAX CLAIM BUREAU* | 18,000.00 | 226.77 | 9,855.00 | 10,081.77 |
| Acct: | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1803 | | | | |
| PNC BANK NA | 2,888.90 | 2,888.90 | 258.50 | 3,147.40 |
| Acct: 2140 | | | | |
| THOMAS HORVATH | 16,739.68 | 16,739.68 | 3,177.11 | 19,916.79 |
| Acct: | | | | |
| WILLIAM H & REBECCA H STAFFORD | 11,713.38 | 11,713.38 | 3,291.70 | 15,005.08 |
| Acct: | | | | |
| | | | | 253,004.19 |
| Priority | | | | |
| JEFFREY G HERMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THERESA J. FULLERTON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THERESA J. FULLERTON | 8,204.01 | 8,204.01 | 0.00 | 0.00 |
| Acct: | | | | |
| HERMAN & HERMAN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HERMAN & HERMAN LLC | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 630.44 | 630.44 | 0.00 | 630.44 |
| Acct: 2433 | | | | |
| US BANK TRUST NA - OWNER TRUSTEE F | 2,998.10 | 2,998.10 | 0.00 | 2,998.10 |
| Acct: 5619 | | | | |
| | | | | 3,628.54 |
| Unsecured | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1487 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8465 | | | | |
| PENELEC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3881 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 1,036.35 | 1,036.35 | 0.00 | 1,036.35 |
| Acct: 1247 | | | | |
| TRIDENT ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7530 | | | | |
| INTERNAL REVENUE SERVICE* | 68.08 | 68.08 | 0.00 | 68.08 |
| Acct: 2433 | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-10948 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: | | | | |
| | ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILLIAM CRAIG ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RICHARD M SQUIRE & ASSOC LLC (FRML | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 1,104.43 |

| TOTAL PAID TO CREDITORS | | 257,737.16 |
|---|---|---|

TOTAL CLAIMED
PRIORITY           3,628.54
SECURED           63,508.53
UNSECURED         1.104.43

Date: 08/04/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com